# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,           )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        2:11-cr-310- JCM-RJJ
                                     )
JACOB LILL,                          )
                                     )
            Defendant.               )        **ORDER**
_____)

On August 22, 2012, the court granted Michael V. Cristalli's " Motion to Withdraw as Attorney of Record" (#159) and ordered new counsel appointed (#164).  Therefore;

IT IS HEREBY ORDERED that James A. Oronoz, Esq. is appointed as counsel for Jacob Lill in place of Michael V. Cristalli, Esq.

IT IS FURTHER ORDERED that Mr. Cristalli shall forward the file to Mr. Oronoz forthwith.

DATED this __4th__ day of Ugr vo dgt, 2012.

Nunc Pro Tunc: August 24, 2012.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge