

```
                     ___ FILED        ___ RECEIVED
                     ___ ENTERED      ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          OCT 2 1 2013

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                     BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:11-CR-310-JCM-(CWH)
)
JACOB LILL, )
)
    Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 21, 2013, defendant JACOB LILL pled guilty to Count One of a Nine-Count Criminal Indictment charging him with Conspiracy to Distribute Marijuana in violation of Title 21, United States Code, Section 846. Criminal Indictment, ECF No. 46; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JACOB LILL agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 46; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant JACOB LILL pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1):

. . .

a. $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based on keys recovered from Jacob Lill on or about 4/13/11);

b. $4,105.00 in United States Currency (seized from Edmund J. Schroback representing the day's drug sales of marijuana by Completely Legal 1.0 on or about 4/13/2011);

c. $2,962.00 in United States Currency (seized from the cash register at Completely Legal 2.0 on or about 4/13/2011);

d. $2,585.00 in United States Currency (seized from the cash drawer at Completely Legal 2.0 on or about 8/3/2011);

e. $1,314.00 in United States Currency (seized from master bedroom of Jacob Lill's home on or about 8/3/2011);

f. $12,056.00 in United States Currency (seized from bag in Jacob Lill's vehicle at his home on or about 8/3/2011);

g. $2,567.00 in United States Currency (seized from cash drawer at Completely Legal 3.0 on or about 8/3/2011);

h. $7,432.00 in United States Currency (seized from Jacob Lill's residence on or about 4/13/2011);

i. $2,150.00 in United States Currency (seized from Bank of America Account No, 501012187203 in the name of PMW, Inc., seized on or about 8/5/2011); and

j. $2,665.00 in United States Currency (seized from Bank of America Account No. 501012645570 in the name of EOS Ventures, LLC, seized on or about 8/5/2011); and

k. 2007 Mercedes CLK350, VIN: WDBTJ56H57F215349, including approximately $18,000 in upgrades, including a custom audio system (seized on or about 4/13/11) ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JACOB LILL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

...
...
...
...
...

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 21st day of Oct. 2013.

_____
UNITED STATES DISTRICT JUDGE